# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:15-M -00101(1) |
| | § |
| (1) Juan Antonio De Leon Jr | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 05, 2015** in **Val Verde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, On 1/5/2015 , the defendant was encountered in the brush in the Moody Ranch near the Del Rio POE by Border Patrol Agents. When he was questioned the defendant freely admitted entering the United States by wading across the Rio Grande at a place not designated by the Secretary of Homeland Security. The defendant admitted he crossed illegally because he said he was on probation and he is not supposed to leave the country.

in violation of Title **19** United States Code, Section(s) **1459(a)**.

I further state that I am a(n) _ and that this complaint is based on the following facts: *"On 1/5/2015 , the defendant was encountered in the brush in the Moody Ranch near the Del Rio POE by Border Patrol Agents. When he was questioned the defendant freely admitted entering the United States by wading across the Rio Grande at a place not designated by the Secretary of Homeland Security. The defendant admitted he crossed illegally because he said he was on probation and he is not supposed to leave the country.*

Sworn to before me and subscribed in my presence,

Signature of Complainant

01/07/2015     at    DEL RIO, Texas
File Date                     City and State

_____  _____
VICTOR ROBERTO GARCIA                              Signature of Judicial Officer
U.S. MAGISTRATE JUDGE